UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO M. MCINTOSH,

       Plaintiff,

                                      Case No. 14-cv-10385
                                      Honorable Gershwin A. Drain

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## **JUDGMENT**

      The above entitled matter having come before the Court and in accordance with the Order entered on this date.

      IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of the Commissioner and against the Plaintiff.

      Dated at Detroit, Michigan, this 25th, day of November, 2014.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                                        BY: T. BANKSTON
                                                        DEPUTY CLERK